# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SYRUE, | Case No. 1:19-cv-01289-AWI-EPG-HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| P. THOMPSON, | |
| Respondent. | (Doc. No. 18) |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 6, 2020, the Magistrate Judge issued Findings and Recommendation that recommended denial of the habeas petition. (Doc. No. 18.) Petitioner filed timely objections. (Doc. No. 19.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendation.

//

//

//

//

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on July 6, 2020 (Doc. No. 18) is ADOPTED;
2. The petition for writ of habeas corpus is DENIED; and
3. The Clerk of Court is directed to CLOSE the case.

IT IS SO ORDERED.

Dated: __December 7, 2020__                                          _____
                                                                                                              SENIOR DISTRICT JUDGE

2